No. 04-00-00105-CR



Waymon EZELL,


Appellant



v.



The STATE of Texas,


Appellee



From the 379th Judicial District Court, Bexar County, Texas


Trial Court No. 98-CR-5517-A


Honorable James E. Barlow, Judge Presiding



Per Curiam


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice

 

Delivered and filed: November 22, 2000


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss this appeal, co-signed by his counsel in
compliance with Tex. R. App. P. 42.2(a). Appellant has also asked that we immediately issue
our mandate. See Tex. R. App. P. 18.1(c). The motion is granted. The appeal is dismissed.
See Tex. R. App. P. 42.2(a). We ORDER the clerk of our court to immediately issue our
mandate.

 PER CURIAM

DO NOT PUBLISH